IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LOPEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>ALLSTATE INDEMNITY COMPANY,<br><br>    Defendant. | Case No. 16-cv-05841-MMC<br><br>**ORDER DIRECTING COUNSEL FOR PLAINTIFF TO COMPLY WITH LOCAL RULES RE: ELECTRONIC FILING OF DOCUMENTS** |

On October 13, 2016, the above-titled action was reassigned to the undersigned.

A review of the record indicates that counsel for plaintiff is not a registered ECF user. Under the Local Rules of this District, "[e]ach attorney of record is obligated to become an ECF user and obtain a user ID and password for access to the system upon filing a case in this district." See Civil L.R. 5-1(c)(1).

Accordingly, it is hereby ORDERED that, on or before October 24, 2016, counsel for plaintiff shall comply with the Local Rules of this District by following the registration procedure set forth in Civil Local Rule 5-1(c)(1). Failure to comply may result in the imposition of sanctions.

**IT IS SO ORDERED.**

Dated: October 13, 2016

MAXINE M. CHESNEY
United States District Judge