IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LOPEZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ALLSTATE INDEMNITY COMPANY,<br><br>　　　　　Defendant. | Case No. 16-cv-05841-MMC<br><br>**ORDER DIRECTING DEFENDANT TO SUBMIT CHAMBERS COPY OF DOCUMENT** |

On October 13, 2016, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the case, defendant is hereby DIRECTED to submit forthwith a chambers copy of its Notice of Removal, filed October 11, 2016.

**IT IS SO ORDERED.**

Dated: October 17, 2016

　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　United States District Judge