Robert Beckerman (SBN 271004)
BECKERMAN ANDERSON APC
1072 Bristol Street, Suite 209
Costa Mesa, California 92626
rb@beckermananderson.com
Tel.: 949-474-2254
Fax: 949-427-2454

Attorneys for Plaintiff
MARIA LOPEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LOPEZ,<br><br>             Plaintiff,<br><br>     vs.<br><br>ALLSTATE INDEMNITY CO.,<br><br>             Defendant. | Case No.:     3:16-CV-05841-MMC<br><br>**REQUEST FOR TELEPHONIC APPERANCE FOR JANUARY 23, 2017 CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

   Robert Beckerman, counsel for Plaintiff MARIA LOPEZ, respectfully requests to appear via telephone for the hearing scheduled on January 23, 2017 at 10:30 am in Courtroom 7 of this Court, the Honorable Maxine M. Chesney presiding, for a Case Management Conference. Mr. Beckerman is the handling attorney for the Plaintiff in this action. He resides in Costa Mesa. A 10:30 am hearing on January 23 would likely require an overnight stay in San Francisco on January 22. An effective Case Management Conference can be had without the personal attendance of Mr. Beckerman and thus avoiding the added cost of travel and lodging would be greatly appreciated.

Dated: October 21, 2016                             BECKERMAN ANDERSON APC

                                                    By:      /s/ Robert Beckerman_____

                                                    Robert Beckerman
                                                    Beckerman Anderson, APC
                                                    1072 Bristol Street, Suite 209
                                                    Costa Mesa, CA 92626
                                                    rb@beckermananderson.com
                                                    (949) 474-2254

REQUEST FOR TELEPHONIC APPEARANCE; [PROPOSED] ORDER  – 1 –

1
2
3
4
5
6
7
...
28

[PROPOSED] ORDER

Good cause appearing and no opposition having been filed, the ~~The~~ request of Robert Beckerman to make a telephonic appearance at the January 23, 2017, 10:30 am Case Management Conference is GRANTED.  All parties shall appear telephonically at said Case Management Conference.

Date: October 28, 2016

*[signature]*
United States District Judge

REQUEST FOR TELEPHONIC APPEARANCE; [PROPOSED] ORDER  – 2 –