UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maria Lopez<br><br>        Plaintiff<br><br>v.<br><br><br>Allstate Indemnity Company, and Does 1 to 10<br><br>        Defendant(s) | CASE No. 3:16-cv-05841-MMC<br><br><br>STIPULATION AND [PROPOSED]<br>ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☒ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
☐ **Mediation** (ADR L.R. 6)
☐ **Private ADR** *(specify process and provider)*

> *Note*: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you *must* file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)*

☒ other requested deadline: 120 days from the date of the order referring the case to ADR

Date: December 28, 2016
_____
Attorney for Plaintiff
Robert Beckerman

Date: December 28, 2016
_____
Attorney for Defendant
Jeffry Butler, Dentons US LLP

☒ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date: January 3, 2017
_____
U.S. DISTRICT/MAGISTRATE JUDGE

> *Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 11-2016*

