Robert Beckerman (SBN 271004)
BECKERMAN ANDERSON APC
1072 Bristol Street, Suite 209
Costa Mesa, California 92626
Telephone: (949) 474-2254
Facsimile: (949) 427-2454
Email: rb@beckermananderson.com

Attorneys for Plaintiff
MARIA LOPEZ

Jeffry Butler (SBN 180936)
Elizabeth C. Papay (SBN 274451)
DENTONS US LLP
One Market Plaza, Spear Tower, 24th Floor
San Francisco, California 94105
Telephone: (415) 267-4000
Facsimile: (415) 267-4198
E-mail: jeffry.butler@dentons.com
elizabeth.papay@dentons.com

Attorneys for Defendant
ALLSTATE INDEMNITY COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA LOPEZ,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE INDEMNITY COMPANY, and DOES 1 TO 10, inclusive,<br><br>Defendants. | No. 3:16-cv-05841-MMC<br><br>**STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, through their counsel, hereby stipulate that this action shall be DISMISSED in its entirety WITH PREJUDICE, with each side bearing its own fees and costs.

**IT IS SO STIPULATED.**

Dated: March 2, 2017              BECKERMAN ANDERSON APC

By: _____
ROBERT BECKERMAN
Attorneys for Plaintiff
MARIA LOPEZ

Dated: March 2, 2017              DENTONS US LLP

By: _____
JEFFRY BUTLER
Attorneys for Defendant
ALLSTATE INDEMNITY COMPANY

**IT IS SO ORDERED.**

Dated: March 3, 2017

_____
MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE